1  LATHAM & WATKINS LLP
      Niall E. Lynch (Bar No. 157959)
2        niall.lynch@lw.com
      Charles F. Taylor (Bar No. 281032)
3        charles.taylor@lw.com
   505 Montgomery Street, Suite 2000
4  San Francisco, California  94111-6538
   Telephone:  +1.415.391.0600
5  Facsimile:  +1.415.395.8095

6  Attorneys for Defendant Marcel Devon Bridges

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          CASE NO. CR-13-00555 JST

          Plaintiff,                   **STIPULATION AND [PROPOSED] ORDER**
13                                      **MODIFYING CONDITIONS OF PRETRIAL**
                                        **RELEASE**
14      v.
                                        Hon. Jon S. Tigar, District Judge
15  MARCEL DEVON BRIDGES,

          Defendant.
16

17

18

19        Undersigned counsel hereby stipulate and request an order from the Court modifying the

20  conditions of defendant Marcel Devon Bridges's pretrial release as follows:

21        The undersigned parties agree and request that the condition of pretrial release restricting

22  Mr. Bridges's travel to the Northern District of California be modified for the limited purpose of

23  allowing Mr. Bridges to travel to Sacramento, California, between February 27, 2014 and March

24  10, 2014.  The purpose of this travel is to allow Mr. Bridges to attend a new-hire training

25  program required by his employer, Foods Co.  Mr. Bridges was recently hired by Foods Co., and

26  missing this training would likely result in Mr. Bridges's termination.   It is stipulated and agreed

27  that Mr. Bridges will not travel outside of the Eastern District of California except as necessary

28  to travel between the Northern District of California and the Eastern District of California.

                                            1

1        Mr. Bridges's supervising Pretrial Services Officer Nelson Barao has agreed to the

2    requested travel to Sacramento, subject to the conditions set forth above.

3    IT IS SO STIPULATED.

4

5    DATED: February 20, 2014                    Respectfully submitted,

6                                                /s/ Niall E. Lynch
                                                 NIALL E. LYNCH
7                                                LATHAM & WATKINS LLP
                                                 Attorneys for Defendant Marcel D. Bridges
8

9

10   DATED: February 20, 2014                   /s/ Wade M. Rhyne
                                                 WADE M. RHYNE
11                                               Assistant United States Attorney

12                                               MELINDA HAAG
                                                 United States Attorney
13

14

15   PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17   DATED: February 21, 2014                   _____
                                                 THE HONORABLE JON S. TIGAR
18                                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

                                          2