LATHAM & WATKINS LLP
  Niall E. Lynch (Bar No. 157959)
    niall.lynch@lw.com
  Charles F. Taylor (Bar No. 281032)
    charles.taylor@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

Attorneys for Defendant Marcel Devon Bridges

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCEL DEVON BRIDGES,<br><br>Defendant. | CASE NO. CR-13-00555 JST KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE BAIL REVIEW HEARING**<br><br>Hon. Jon S. Tigar, District Judge<br>Hon. Kandis A. Westmore, Magistrate Judge |

By Order on April 10, 2014, the Court scheduled a bail review hearing for Defendant Marcel Devon Bridges for April 16, 2014, at 10:00 a.m. (Dkt. 63.) Niall Lynch, counsel for Mr. Bridges, has a preexisting out-of-town engagement that will prevent him from attending the hearing on April 16, 2014.

To allow all parties to attend the bail review hearing, undersigned counsel hereby stipulate and request an order from the Court rescheduling the bail review hearing from April 16, 2014 at 10:00 a.m. to April 23, 2014 at 10:00 a.m.

Mr. Bridges's supervising Pretrial Services Officer Nelson Barao does not oppose the requested rescheduling.

1  IT IS SO STIPULATED.

2

3  DATED: April 15, 2014                    Respectfully submitted,

4                                           /s/ Niall E. Lynch
                                            NIALL E. LYNCH
5                                           LATHAM & WATKINS LLP
                                            Attorneys for Defendant Marcel D. Bridges
6

7

8  DATED: April 15, 2014                    /s/ Wade M. Rhyne
                                            WADE M. RHYNE
9                                           Assistant United States Attorney

10

11

12 PURSUANT TO STIPULATION, IT IS SO ORDERED.

13

14

15 DATED: April  15 , 2014                  _____
                                            THE HONORABLE KANDIS A. WESTMORE
16                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2