LATHAM & WATKINS LLP
  Niall E. Lynch (Bar No. 157959)
    niall.lynch@lw.com
  Charles F. Taylor (Bar No. 281032)
    charles.taylor@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendant Marcel Devon Bridges*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCEL DEVON BRIDGES,<br><br>Defendant. | CASE NO. CR-13-00555 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING**<br><br>Hon. Jon S. Tigar, District Judge |

Sentencing in the above-captioned matter is set for August 22, 2014 at 9:30 a.m. (Dkt. 50.) Niall Lynch, counsel for Mr. Bridges, has a scheduling conflict that will prevent him from attending the hearing on that date.

To allow all parties to attend the sentencing hearing, undersigned counsel hereby stipulate and request an order from the Court continuing sentencing from August 22, 2014 to August 29, 2014. The parties are informed that this date is available on the Court's calendar.

Mr. Bridges' Probation Officer, Jessica Goldsberry, does not oppose this request.

IT IS SO STIPULATED.

DATED: August 18, 2014            _____/s/_____
                                  NIALL E. LYNCH
                                  LATHAM & WATKINS LLP
                                  Attorneys for Defendant Marcel D. Bridges

DATED: August 18, 2014            _____/s/_____
                                  WADE M. RHYNE
                                  Assistant United States Attorney

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3

4  DATED: August 20, 2014                    _____
5                                             THE HONORABLE JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE SENTENCING
CASE NO. CR-13-00555 JST